IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BARBARA WEST ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. |
| v. ) | |
| ) | |
| WASHINGTON METROPOLITAN ) | |
| AREA TRANSIT AUTHORITY, et al. ) | |
| ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

Comes now Defendant, WMATA, by and through counsel, and pursuant to 28 U.S.C. 1441, and provides notice of removal of a civil action from the Circuit Court for Prince George's County, Maryland. In support of the removal, the Defendant states as follows:

On or about June 6, 2018, Plaintiff filed this action in the Circuit Court for Prince George's County, Maryland, under the caption Barbara West v. Washington Metropolitan Area Transit Authority, et al., CAL18-17553.

Defendant Washington Metropolitan Area Transit Authority (WMATA) was Formally served with process in this action on or about May 16, 2019.

The Summons, Complaint and Civil Information Report filed in the Circuit Court for Prince George's County, Maryland accompany this Removal.

This is a civil action in which this Court has original jurisdiction under the WMATA Compact, Public Law 89-774, paragraph 81, approved by Congress on November 6, 1966, as amended, reprinted at Md. Transp. Code Ann. 10-204(81) which provides:

The United States District Courts shall have original

jurisdiction, concurrent with the Courts of Maryland, Virginia and the District of Columbia of all actions brought by or against the Authority and to enforce subpoenas issued under this Title. Any such action initiated in a State or District of Columbia Court shall be removable to the appropriate United States District Court in the manner provided by Act of June 25, 1948, as amended (28 U.S.C. 1446).

Wherefore, Defendant, WMATA, requests that the entire action now pending in the Circuit Court for Prince George's County, Maryland be removed to this Court.

Respectfully Submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY

_____
Nicholas L. Phucas, #25678
Senior Counsel
WMATA
600 Fifth St., N.W.
Washington, D.C.  20001
(202) 962-2886
(202) 962-2550 (fax)
nlphucas@wmata.com
Attorney for Defendant WMATA

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Notice of Removal was served via U.S. Mail, postage pre-paid, this  12th   day of June 2019, to:

William H. Jackson
1300 Mercantile Lane
Suite 129-49
Largo, MD   20774

Giancarlo Bonilla
628 Mississippi Avenue
Silver Spring, MD   20910

_____
Nicholas L. Phucas, #25678